United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


**RELATED CASE ORDER**


A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):


22-cr-00402-JSC-1                          USA v. Diego Hernandez

25-cr-00197-RFL-1                          USA v Diego Hernandez


**ORDER**


The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:


( )      ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

( )      ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that
          reassignment to me of the action(s) currently assigned to another judge is not
          warranted.

(x)      ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e),
          the Clerk of Court is ordered to reassign the later-filed action to the undersigned.
          Counsel are instructed that all future filings are to bear the initials immediately
          after the case number.  All matters presently scheduled for hearing in the reassigned
          case(s) are vacated and must be renoticed for hearing before the undersigned.


Dated: July 16, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge